UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN MCCLENDON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELAWARE LIFE INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO: 1:23-cv-13095<br><br><br>NOTICE OF VOLUNTARY DISMISSAL |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Juan McClendon ("Plaintiff"), by and through his counsel, notices the Court of his voluntary dismissal of his claims against Defendant Delaware Life Insurance Company ("Defendant") without prejudice. Plaintiff dismisses his claims before Defendant has served either an answer or a motion for summary judgment.

Dated:    March 4, 2024

Respectfully submitted,

*/s/ Kevin Laukaitis*
Kevin Laukaitis*
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Tel: (215) 789-4462
klaukaitis@laukaitislaw.com

James J. Reardon (BBO# 566161)
**REARDON SCANLON LLP**
45 South Main Street, 3rd Floor
West Hartford, CT 06107
T: (860) 955-9455
james.reardon@reardonscanlon.com

**Admitted Pro Hac Vice*

*Counsel for Plaintiff Juan McClendon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ James J. Reardon, Jr.*
James J. Reardon, Jr.